# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| LYDIA O. COREY | : No. 281 WAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| WASHINGTON COUNTY BOARD OF | : |
| ASSESSMENT APPEALS AND | : |
| CANON-MCMILLAN SCHOOL DISTRICT | : |
| | : |
| | : |
| | : |
| PETITION OF:  CANON-MCMILLAN | : |
| SCHOOL DISTRICT | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.